Gc Chiropractic, P.C. v American Ind. Ins. Co. (2021 NY Slip Op 51202(U))

[*1]

GC Chiropractic, P.C. v American Ind. Ins. Co.

2021 NY Slip Op 51202(U) [73 Misc 3d 142(A)]

Decided on December 10, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 10, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, DONNA-MARIE E. GOLIA,
JJ

2018-2009 K C

GC Chiropractic, P.C., as Assignee of
Monroe, Andrew, Respondent, 
against
American Independent Ins. Co., American Independent Insurance
Companies, Inc. and Good2Go Auto Insurance, Defendants, and Omni Indemnity Company,
Appellant. 

Freiberg, Peck & Kang, LLP (Yilo J. Kang of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Lorna J.
McAllister, J.), entered September 18, 2018. The order denied a motion by defendant American
Independent Ins. Co. which sought to dismiss the complaint insofar as asserted against it.

ORDERED that the appeal is dismissed.
In this action by a provider to recover assigned first-party no-fault benefits, the Civil Court
denied a motion by defendant American Independent Ins. Co., Inc. (AIIC) which had sought to
dismiss the complaint insofar as asserted against it on the ground that plaintiff had failed to
obtain personal jurisdiction over it. Plaintiff cross-moved, among other things, for "an order
pursuant to . . . CPLR 3212 (a) denying [AIIC's] Motion for Summary Judgment." By order
entered September 18, 2018, the Civil Court denied AIIC's motion and plaintiff's cross motion.
Defendant Omni Indemnity Company appeals from each and every part of the order.
Defendant Omni Indemnity Company is not aggrieved by so much of the order as denied the
motion by AIIC which sought to dismiss the complaint insofar as asserted against it (see
CPLR 5511; Rinaldi v Evenflo Co., Inc., 62 AD3d 856 [2009]). Nor is defendant Omni
Indemnity Company aggrieved by so much of the order as denied the cross motion by plaintiff
and held that a triable issue of fact existed as to whether AIIC did business in the State of New
York (see CPLR 5511).
Accordingly, the appeal is dismissed.
ALIOTTA, P.J., ELLIOT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 10, 2021